**Order entered November 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00961-CV

**THE CITY OF DALLAS, Appellant**

**V.**

**WILLIAM CLINTON FREEMAN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00805-C**

## ORDER

Before the Court is appellee's November 12, 2018 unopposed motion for enlargement of time to file brief. Appellee seeks an extension of twenty days from the date a supplemental clerk's record he requested November 5, 2018 is filed.

We **GRANT** the motion and **ORDER** as follows. We **ORDER** Dallas County Clerk John F. Warren to file, no later than November 26, 2018, the supplemental record requested by appellee November 5th. We further **ORDER** appellee to file his brief no later than December 17, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/ DAVID EVANS
   JUSTICE